UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

CARLA SMITH and NICOLE BROWN,
on behalf of themselves and all
others similarly situated,

      Plaintiff,                                Case No. 20-cv-421-BHL

     v.

ASCENSION HEALTH SENIOR CARE, *et al.*,

      Defendants.

## PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS

    NOW COME Plaintiffs, Carla Smith and Nicole Brown, on behalf of themselves and all others similarly situated, by and through their counsel, Walcheske & Luzi, LLC, and hereby respectfully motion this Court for approval of attorneys' fees and costs on the grounds set forth herein and in the accompanying Declarations.

    1.    Plaintiffs' counsel has achieved substantial and considerable success in this matter on behalf of a Fair Labor Standards Act collective comprised of 761 current and former hourly-paid, non-exempt employees of Defendants, Ascension Health Senior Care d/b/a Ascension Living and Alexian Village of Milwaukee, Inc., and a Rule 23 class comprised of 954 current and former employees of Defendants, by negotiating a fair and reasonable settlement of this matter with Defendants' counsel, the terms of which are embodied in the Parties' *Joint Stipulation of Settlement and Release* filed with the Court as ECF No. 97-1.

2. Plaintiffs' counsel motions this Court for approval of its attorneys' fees and case-related costs and expenses in the total amount of $88,825.70 in accordance with the agreed-upon terms of the Parties' *Joint Stipulation of Settlement and Release*. (ECF No. 97-1, ¶ 2(c).)

3. The amount of Plaintiffs' counsel's attorneys' fees and case-related costs and expenses in the amount of $88,825.70 is meant to be representative of (and, ultimately, is actually less than) the amount of attorneys' fees and case-related costs actually incurred in this matter using the "lodestar" method. (*Id.*) Counsel's fees and costs were negotiated and agreed to separately from the Settlement Fund created through the Parties' *Joint Stipulation of Settlement and Release*, (*id.*), and are not a percentage of that Fund. (*Id.*) Accordingly, awarding Plaintiffs' counsel's requested attorneys' fees and costs will not impact or otherwise affect the amounts allocated to Settling Plaintiffs from the Settlement Fund. (*Id.*)

4. Pursuant to Plaintiffs' counsel's fee arrangement with Plaintiffs, counsel (specifically Attorney James A. Walcheske) billed Attorney Walcheske's services at his usual and customary rates of $400.00 and, subsequently, $450.00 per hour, rates that have been approved by this District and that counsel believes to be reasonable given the rates of other attorneys practicing in the same field and with comparable levels of experience, as detailed in the Declarations of James A. Walcheske and Robert M. Mihelich filed in support hereof.

5. Defendants do not oppose or dispute Plaintiffs' Motion for Approval of Attorneys' Fees and Costs in the total amount of $88,825.70. (*Id.*) The parties believe that the attorneys' fees and costs motioned for are fair, reasonable, and representative of Plaintiffs' counsel's actual time and expense spent litigating this matter to date and through completion of the matter.

**WHEREFORE**, Plaintiffs respectfully request that this Court grant their Motion for Approval of Attorneys' Fees and Costs in the total amount of $88,825.70.

Dated this 16th day of September, 2022

                                WALCHESKE & LUZI, LLC
                                Counsel for Plaintiffs

                                s/ *James A. Walcheske*
                                James A. Walcheske, State Bar No. 1065635
                                Scott S. Luzi, State Bar No. 1067405

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
Email: jwalcheske@walcheskeluzi.com
Email: sluzi@walcheskeluzi.com