UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CARLA SMITH,

        Plaintiff,

   v.

ASCENSION HEALTH SENIOR CARE
d/b/a ASCENSION LIVING and
ALEXIAN VILLAGE OF MILWAUKEE. INC.

        Defendants.

Case No. 20-cv-0421-bhl

---

## ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT

---

      On June 7, 2022, the parties filed their Unopposed Motion for Preliminary Approval of Class Action Settlement by All Plaintiffs (ECF No. 97) and their fully executed Settlement Agreement and Release (ECF No. 97-1), in this dual Rule 23 class action and Fair Labor Standards Act (FLSA) collective action. On June 23, 2022, the Court granted preliminary approval in part and scheduled a final fairness hearing. (ECF No. 101).

      On September 16, 2022, the parties filed an Unopposed Motion for Final Approval of Class Action Settlement by All Plaintiffs, (ECF No. 102), an Unopposed Motion for Approval of Service Awards by All Plaintiffs, (ECF No. 103), and an Unopposed Motion for Approval of Attorneys' Fees and Costs, (ECF No. 104).

      On September 28, 2022, the Court conducted a Fairness Hearing on the parties' request for final approval of their Settlement Agreement and Release and determined that the settlement in this matter, Plaintiffs' counsel's attorneys' fees and case-related costs and expenses, and Plaintiffs' service awards were fair and reasonable. The parties also jointly requested the Court rescind the Judgment Offer by All Defendants, (ECF No. 76), and Acceptance of Rule 68 Offer of Judgment, (ECF No. 77). Based on the parties' submissions and the representations of Counsel, the Court **FINDS**:

      1.    The Settlement Agreement is a fair, reasonable, and adequate resolution pursuant to Fed. R. Civ. P. 23(e).

2.      The Settlement Agreement is a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

3.      Plaintiffs' service awards in the amount of $2,500 for Plaintiff Carla Smith and $1,000 for Plaintiff Nicole Brown are reasonable.

4.      Plaintiffs' request for attorneys' fees and case-related costs and expenses in the amount of $88,825.70 is reasonable.

**IT IS THEREFORE ORDERED:**

1.      The Court **RESCINDS** the Judgment Offer by All Defendants (ECF No. 76) and Acceptance of Rule 68 Offer of Judgment (ECF No. 77).

2.      The parties' Unopposed Motion for Final Approval of Class Action Settlement, (ECF. No. 102) is **GRANTED** and the parties' Settlement Agreement (ECF No. 97-1), is **APPROVED** as fair, reasonable, and adequate pursuant to Fed. R. Civ. P. 23(e), and represents a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

3.      The Settlement Agreement is binding on Plaintiffs, Defendants, and all Settling Plaintiffs.

4.      Payments to Plaintiffs, their counsel, and all Settling Plaintiffs are hereby **AUTHORIZED** in accordance with the parties' Settlement Agreement.

5.      Plaintiffs' Unopposed Motion for Approval of Service Awards, (ECF No. 103) is **GRANTED** and Plaintiff Carla Smith's Service Award of $2,500.00, and Plaintiff Nicole Brown's Service Award of $1,000.00 are hereby **APPROVED**.

6.      Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Costs, (ECF. No. 104) is **GRANTED**, counsel's $450.00 hourly rate is reasonable, and counsel's requested award of attorneys' fees and costs in the total amount of $88,825.70 is hereby **APPROVED**

7.      Plaintiffs' released claims and those of all Settling Plaintiffs are hereby **DISMISSED** with prejudice.

8.       The claims of any putative Settling Plaintiff who properly and timely excluded themselves in accordance with the procedures in the Settlement Agreement are hereby **DISMISSED** without prejudice.

9. This matter is hereby **DISMISSED** on the merits, with prejudice, and without further costs to either party.

**SO ORDERED** on September 29, 2022.

<u>s/ Brett H. Ludwig</u>
BRETT H. LUDWIG
United States District Judge